UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS M. PATE,<br><br>               Plaintiff,<br><br>   v.<br><br>SKAGIT COUNTY SUPERIOR COURT,<br><br>               Defendant. | Case No. C19-1350-RSL<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) This action is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a cognizable ground for relief; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

Dated this 12th day of December, 2019.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1